Case title: USA v. Sams

Plea Filings

Magistrate judge case number: 4:24-mj-00240-HCA
*SEALED*

Date Filed: 06/10/2024

Sentencing Filings

---

Assigned to: Judge Rebecca Goodgame
Ebinger
Referred to: Magistrate Judge William P.
Kelly

**Defendant (1)**

**Octavius Devon Coplen**

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE: 21:841(a)(1), 841(b)(1)(B), 846 Conspiracy to Distribute a Controlled Substance (1) | |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE: 21:841(a)(1),841(b)(1)(B) Possession with Intent to Distribute a Controlled Substance (2) | |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC.: 18:922(g)(1), 924(a)(8) Felon in Possession of a Firearm (3) | |
| VIOLENT CRIME/DRUGS/MACHINE GUN: 18:924(c)(1)(A)(i) Possession of a Firearm in Furtherance of a Drug Trafficking Crime (4) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

Case 1:25-mj-00050-MAR    Document 1    Filed 04/10/25    Page 1 of 21

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|

**Complaints**

21:841(a)(1), 841(b)(1)(B) Possession
with Intent to Distribute a Controlled
Substance, namely 40 grams or more of a
mixture and substance containing a
detectable amount of fentanyl; 18:922(g)
(1) Felon in Possession of a Firearm

---

**Plaintiff**

USA                                 represented by  **Shai Gonzales**
                                                     UNITED STATES ATTORNEY'S
                                                     OFFICE - DSM
                                                     210 WALNUT STREET
                                                     SUITE 455
                                                     DES MOINES, IA 50309
                                                     515-473-9324
                                                     Email: shai.gonzales@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Government - Federal*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2024 | 13 | TEXT Minute Entry for proceedings held before Magistrate Judge Helen C. Adams: Grand Jury Presentment as to Octavius Devon Coplen: Secret. Warrant to be issued, Government requested detention. Kendal Lorelle Sams: Secret. Text Order to be issued. Government requests release with conditions, held on 6/11/2024. AUSA present K. Herrera. CRD: PLL. Time in Court 2:30-2:36pm. (slt) Modified on 6/12/2024 (slt). (Entered: 06/11/2024) |
| 06/11/2024 | 12 | REDACTED INDICTMENT by USA as to Octavius Devon Coplen and Kendal Lorelle Sams. (slt) (Entered: 06/11/2024) |
| 06/11/2024 | 11 | SEALED INDICTMENT as to Octavius Devon Coplen (1) on counts 1, 2, 3 & 4, Kendal Lorelle Sams (2) on count 5. (slt) (Entered: 06/11/2024) |
| 06/10/2024 | | Judge update in case as to Octavius Devon Coplen, Kendal Lorelle Sams. Judge Rebecca Goodgame Ebinger and Magistrate Judge William P. Kelly added. (tae) (Entered: 06/10/2024) |
| 05/24/2024 | 1 | COMPLAINT by USA, signed by Magistrate Judge Helen C. Adams as to Octavius Devon Coplen (1). (Attachments: # 1 Affidavit) (mrc) [4:24-mj-00240-HCA *SEALED*] (Entered: 05/28/2024) |

| 05/24/2024 | | Judge update in case as to Octavius Devon Coplen. Magistrate Judge Helen C. Adams added. (mrc) [4:24-mj-00240-HCA *SEALED*] (Entered: 05/28/2024) |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>OCTAVIUS DEVON COPLEN<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   4:24-mj-240

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 12, 2024 _____ in the county of _____ Polk _____ in the

_____ Southern _____ District of _____ Iowa _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 841(b)(1)(B) | Possession with Intent to Distribute a Controlled Substance, namely 40 grams or more of a mixture and substance containing a dectable amount of fentanyl |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

_____
*Complainant's signature*

Brandon Holtan, Narcotics Investigator, DMPD
*Printed name and title*

Date: _____ 5/24/24 _____

_____
*Judge's signature*

City and state: _____ Des Moines, Iowa _____

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa

**FILED**

JUN 1 1 2024

**CLERK U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:24-cr-079 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| OCTAVIUS DEVON COPLEN and | ) | T. 18 U.S.C. § 922(g)(1) |
| KENDAL LORELLE SAMS, | ) | T. 18 U.S.C. § 922(g)(3) |
| | ) | T. 18 U.S.C. § 924(a)(8) |
| Defendants. | ) | T. 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(B) |
| | ) | T. 21 U.S.C. § 846 |
| | ) | T. 21 U.S.C. § 851 |
| | ) | T. 21 U.S.C. § 853 |
| | ) | T. 28 U.S.C. § 2461(c) |
| | ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but by at least November 2023, and continuing until April 12, 2024, in the Southern District of Iowa, the defendant, OCTAVIUS DEVON COPLEN, conspired, with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely: 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Possession with Intent to Distribute a Controlled Substance)**

On or about April 12, 2024, in the Southern District of Iowa, the defendant, OCTAVIUS DEVON COPLEN, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Felon in Possession of a Firearm)**

On or about April 12, 2024, in the Southern District of Iowa, the defendant, OCTAVIUS DEVON COPLEN, in and affecting commerce, knowingly possessed a firearm, namely: a Taurus, model G3c, 9mm pistol, with serial number TMW73424. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

2

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about April 12, 2024, in the Southern District of Iowa, the defendant, OCTAVIUS DEVON COPLEN, knowingly possessed a firearm, namely: a Taurus, model G3c, 9mm pistol, with serial number TMW73424, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Conspiracy to Distribute a Controlled Substance, as charged in Count 1 of this Indictment, and Possession with Intent to Distribute a Controlled Substance, as charged in Count 2 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
**(Drug User in Possession of a Firearm)**

On or about April 12, 2024, in the Southern District of Iowa, the defendant, KENDAL LORELLE SAMS, in and affecting commerce, knowingly possessed a firearm, namely: a Taurus, model G3c, 9mm pistol, with serial number TMW73424. At the time of the offense, the defendant knew she was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

3

**THE GRAND JURY FINDS:**

**<u>PRIOR CONVICTION</u>**

Prior to the commission of the offenses charged in Counts 1 and 2 of this Indictment, the defendant, OCTAVIUS DEVON COPLEN, was convicted of distribution of 28 grams or more of a mixture and substance containing cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), in the United States District Court for the Southern District of Iowa, 4:11-CR-114, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

This is pursuant to Title 21, United States Code, Section 851.

**THE GRAND JURY FURTHER FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

That upon conviction of the offenses set forth in Count 1 and/or 2 of this Indictment, the defendant, OCTAVIUS DEVON COPLEN, shall forfeit, to the United States, the following:

A. **<u>Proceeds.</u>** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **<u>Facilitation.</u>** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: a Taurus, model G3c, 9mm pistol, with serial number TMW73424; and approximately $4,195 in United States currency seized from the defendant's person and from a residence located in the 4200 block of Park Avenue in Des Moines, Iowa, on April 12, 2024.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

5

**THE GRAND JURY FURTHER FINDS:**

## <u>NOTICE OF FORFEITURE</u>

Upon conviction for the offenses alleged in Counts 3 and/or 4 of this Indictment, the defendant, OCTAVIUS DEVON COPLEN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in Counts 3 and 4 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

6

**THE GRAND JURY FURTHER FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 5 of this Indictment, the defendant, KENDAL LORELLE SAMS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in Count 5 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Shai D. Gonzales
Assistant United States Attorney

7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| AFFIDAVIT IN SUPPORT OF | ) | Case No.     4:24-mj-240 |
| APPLICATION FOR CRIMINAL | ) | 4:24-mj-241 |
| COMPLAINT | ) | |
| | ) | **[FILED UNDER SEAL]** |

I, Brandon Holtan, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Senior Police Officer with the Des Moines Police Department (DMPD). I have been employed by DMPD for 11 years.  Beginning in August 2012, I attended the Des Moines Police Regional Police Academy, a 21-week training academy for Police Officers.  During the academy I received training on firearms offenses and narcotics trafficking.  During my employment with the Des Moines Police Department, I was previously assigned to the Special Enforcement Team (SET) for four summers (2015, 2016, 2017 and 2019), working on pro-active enforcement of drug trafficking and violent street crime. I conducted investigations of drug trafficking, criminal gang participation, and weapons violations.  I have personally conducted or participated in hundreds of narcotics investigations.  I have served as a member of the Metro Strategic Tactics and Response Entry team for over 6 years participating in dozens of high-risk search warrants.  I have attended two interview and interrogation courses, a street crimes seminar, an interdiction seminar, a physical surveillance for counter narcotic missions course, clandestine laboratory response certification course, an informant management course and a narcotic related financial crimes course. I have also attended the Iowa Narcotics Association



FILED
By: Clerk's Office, Southern District of Iowa

Conferences in 2021, 2022, 2023, and 2024. I also attended the International Narcotics Interdiction Association Conference in 2024. I have been assigned to the DMPD Vice / Narcotics Control Section (VNCS) as an investigator for two years.

2.     In connection with my duties and responsibilities as a local certified police officer, I have testified in judicial proceedings and prosecutions for multiple criminal code violations, including drug trafficking and firearms offenses. During my law enforcement career, I have participated in numerous investigations involving the unlawful distribution of narcotics, as well as illegal firearms activity, in violation of federal and state laws, which have led to arrests, convictions of violators, and seizures of narcotics and firearms and proceeds gained from illegal activity. In the course of my duties, I have conducted or participated in physical and electronic surveillance, the execution of search warrants, debriefing of informants, interviews of witnesses, reviews of tape-recorded conversations involving drug trafficking activities, and other records kept by or related to drug traffickers and illegal firearms activity.

3.     I have been involved in numerous investigations of narcotics trafficking, criminal gang enterprises and weapons offenses including: (a) the debriefing of defendants, witnesses, and informants, as well as others that have knowledge of the distribution and transportation of controlled substances and firearms; (b) electronic surveillance; and (c) analysis of documentary and physical evidence. Based on my training and experience as a Senior Police Officer, I am familiar with the ways in which narcotics dealers conduct their related business, including their use of code

2

words to identify themselves, disguise the nature of the communication, and/or conduct their transactions.

4.    Based on my training and experience as a police officer and more specifically as a narcotics investigator, I have the requisite expertise to identify a host of controlled substances to include: cocaine, cocaine base "crack," ecstasy (MDMA), heroin, fentanyl, methamphetamine, marijuana and its derivatives, synthetic cannabinoids, and synthetic cathinones. I am further familiar with the manner in which individuals will market, sell, and deliver controlled substances, simulated controlled substances, and imitation controlled substances. I am intimately familiar with the *modus operandi* of those who market, sell, and deliver controlled substances, simulated controlled substances, and imitation controlled substances.

5.    I have personally participated in the investigation of Octavius COPLEN and Kendal SAMS. I have also spoken with other agents and officers involved in the investigation and reviewed reports. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

6.    Based on the facts set forth in this affidavit, there is probable cause to believe that COPLEN has committed violations of (1) Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), possession with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl; and (2)

3

Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm. Based on the facts set forth in this affidavit, there is probable cause to believe SAMS has committed a violation of Title 18, United States Code, Section 922(g)(3), drug user in possession of a firearm.

## PROBABLE CAUSE

7. In October 2023, I received information from a confidential informant (CI)[1] that "Okie", later determined to be COPLEN, was a source of supply of fentanyl pills AKA "percs", ounces of cocaine, and pounds of marijuana. CI provided the nickname of "Okie" and indicated he was known to live near the 4200 block of Park Avenue in Des Moines, Iowa. CI knew "Okie" had been in possession of a large amount of fentanyl pills because CI observed "Okie" with a grocery bag full of "percs" approximately four weeks prior to speaking with me. Based on my training and experience the description provided by the CI of a grocery bag full of "percs" would be consistent with several thousand fentanyl pills.

8. I know from my training, experience and knowledge that counterfeit Oxycodone pills are commonly referred to as "M-30" pills or "percs". I know through my training and experience these types of pills are commonly counterfeit, meaning they are replicated and laced with fentanyl. Furthermore, I also know these "M-30"

---

[1] CI was cooperating in consideration for misdemeanor firearm and felony drug charges in Iowa District Court for Polk County. The information provided by the CI has been corroborated by law enforcement and has been found to be credible, however the CI has not successfully completed the agreement with the Polk County Attorney's office.

4

or "percs" routinely cause the user to overdose and, in some instances, results in death.

9.    On April 12, 2024, the Des Moines Police Department (DMPD) Vice and Narcotics Control Section (VNCS) executed a federal search warrant on Kendal SAMS's apartment (4:24-mj-148), located at the 4200 block of Park Avenue in Des Moines, Iowa. COPLEN was known to stay at the apartment. COPLEN opened the apartment door for the law enforcement officers. When law enforcement officers entered the apartment, COPLEN and SAMS were present as well as Earl Smith, who stated he was COPLEN's brother.

10.    During the search of the residence, law enforcement officers located more than 3,000 M-30 pills in the southeast bedroom that field tested positive as fentanyl. Approximately 433 M-30 pills were contained in 5 plastic baggies and found on a shoe box next to the bed. Approximately 2,880 M-30 pills were found in 3 plastic baggies in a USPS mailer box. Law enforcement officers also located approximately 274 multi-colored pills that were consistent with MDMA (Ecstasy) in the southeast bedroom. Also, in the southeast bedroom, law enforcement officers located a Taurus G3 9mm pistol, bearing serial number TMW73424, on the corner shelf of the closet. In the southwest bedroom, law enforcement officers located a working digital scale and $2,000 in US currency.  Law enforcement officers also located $2,195 in US currency in COPLEN's right cargo pant pocket.

5

11.    There were ten (10) total phones seized during the search warrant including COPLEN's phone, which was searched pursuant to a federal search warrant (4:24-mj-150). COPLEN's phone located on the bed in the southeast bedroom.

12.    COPLEN's phone contained text messages indicating he was engaged in drug trafficking activity. Including the following:

- In a text conversation between COPLEN and the user of telephone number ending in 3887 on June 15, 2023, COPLEN wrote, "You got some bread on cash app". The user responded by saying "35" and COPLEN replied "Fuck I need like 150 for the plug". The user then replied I'll have it tomorrow when I get paid. COPLEN then stated, "Ok that's great cuz I'm flat after paying all these bills and for new blues". Based on my training and experience the term "plug" is commonly used to refer to a source of supply for drugs. I also know that the term "blues" is commonly used to refer to fentanyl pills stamped M-30.

- In a text conversation between COPLEN and the user of telephone number ending in 3866 on October 28, 2023 the user of telephone number ending in 3866 wrote, "Can you bring me 4 or so I'm sick line was slow last night just need sum to get me up". COPLEN responded by writing, "Okay...Pulling up now".

- In a text conversation between COPLEN and the user of telephone number ending in 5949 on March 17, 2023 COPLEN wrote, "They said they want to a pop...10...My bad 10 a piece". Based on my training and

6

experience the phrase "a pop" is commonly used to refer to the price per pill. COPLEN demonstrates this by saying "10 a piece" to his drug customer.

- In a text conversation between COPLEN and the user of telephone number ending in 5092 on October 7, 2023 the user of 515-505-5092 wrote, "Bring 2 x and bring me 2 Yerks that's it I know the girl maddy I gave u she hit me for some". COPLEN replied, "Yup". Based on my training and experience the term "Yerks" is street slang for fentanyl pills. The term "x" is street slang for ecstasy pills.

- In a text conversation between COPLEN and the user of telephone number ending in 5749 on September 28, 2023 COPLEN wrote, "What you need" and the user of 515-868-5749 responded, "Blues". Based on my training and experience, the phrase "What you need" is commonly used by drug dealers to ask their drug customers what kind of drug they want to buy. The term "Blues" is street slang for fentanyl pills.

- In a text conversation between COPLEN and Terry Black on November 21, 2023 the user asked, "How much $$$$ do I need to grab 300 ??". COPLEN responded, "1125" and Black wrote, "What you charging per Pill ??" COPLEN responded, "I gave you 8 for 3 u do the math big bro". Black then wrote, "It's not hard 3.75 Was jus asking…Is this the same batch as the first time ? Do u have any darker blue….?". COPLEN Replied, "Same" on November, 22, 2023. Based on my training and

7

experience the term "batch" is commonly used to refer to a bulk order of fentanyl pills. Fentanyl pills vary in color and potency. BLACK's request for "darker blue" is consistent with a drug dealer asking for a better product from his source of supply. Fentanyl pill users prefer darker blue fentanyl pills over light blue fentanyl pills. The price of $3.75 per pill shows COPLEN is near the top of the distribution hierarchy in Iowa.

13.     In a post-*Miranda* interview, COPLEN referred to the M-30 pills, admitting he had, "… a little bit over a hundred…in the shoe box". COPLEN stated he paid $450 for the hundred pills he was referring to. COPLEN denied distributing the pills.

14.     During a post-*Miranda* interview with SAMS, she stated her drug of choice is weed and said, "I drink liquor and smoke weed". Later in the interview SAMS claimed ownership of the firearm that was located in the southeast bedroom. SAMS stated she keeps the gun in her house in case something happens. SAMS stated she paid $150 for the gun 2-3 years ago and bought it from her cousin.

15.     The firearm located during the residential search warrant was originally purchased by Shun Lavotte Pierce Jr. on March 10, 2020. On April 30, 2024, by way of secure law enforcement database, I located a phone number for Pierce. I made a recorded call to Pierce. During the call, Pierce indicated he believed the firearm was in his mother's storage unit. I asked Pierce if he knew COPLEN or Earl Smith, and Pierce stated they were his uncles.

16.    SAMS provided the passcode to her phone which was described as a pink iPhone with a sparkle case.  A search warrant (4:24-MJ-160) was obtained for that device and a search was conducted.  Videos of SAMS smoking what appeared to be marijuana were observed on April 10, 2024, March 27, 2024, February 26, 2024, January 13, 2024, and December 3, 2023.

17.    In my training and experience, a quantity of over 3,000 fentanyl pills is entirely consistent a distribution quantity and entirely inconsistent with mere personal use. Packaging of M-30 pills in multiple plastic baggies is consistent with distribution.

18.    I know that digital scales are commonly used to weigh out drugs for distribution. The $2,000 found under the bed mattress in the same room as the digital scale is consistent with the possession of drug proceeds.

19.    I know that it is common for drug traffickers to possess and carry firearms during and in relation to their drug trafficking activity.  Although there are many reasons for this practice, one common reason is the desire to protect themselves, their drugs, and their drug proceeds.

20.    Based on my training and experience, Taurus firearms are not manufactured in the State of Iowa and therefore the firearm traveled in interstate commerce at some time during or before COPLEN's and SAMS's possession of it.

21.    I know from my previous training and experience that pursuant to Title 18, United States Code, Section 922(g)(3), it is unlawful for a person who is an unlawful user of or addicted to any controlled substances, as defined in 21 U.S.C. §

9

802, to knowingly ship, transport, possess, or receive a firearm or ammunition in interstate or foreign commerce.

22.    I ran COPLEN's criminal history. COPLEN has a 2012 felony conviction for Possession of Firearm by Drug User, in violation of 18 U.S.C. § 922(g)(3), in case 4:11-cr-114. COPLEN was sentenced to 80 months in prison for this conviction.  As a felon, COPLEN is prohibited from possessing firearms.

## CONCLUSION

23.    Based on the facts set forth above, there is probable cause to believe that COPLEN has committed violations of (1) Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), possession with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl; and (2) Title 18, United States Code, Section 922 (g)(1), felon in possession of a firearm.

24.    Based on the facts set forth above, there is probable cause to believe SAMS has committed a violation of Title 18, United States Code, Section 922(g)(3), drug user in possession of a firearm.

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

Brandon Holtan, Narcotics Investigator
Des Moines Police Department

Subscribed and sworn to before me this 24th day of May, 2024.

The Honorable Helen C. Adams
United States Magistrate Judge

10